UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: FRESENIUS GRANUFLO/ NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION | ) ) ) ) No. 1:13-md-02428-DPW |
| This Document Relates To: | ) ) |
| *Littrell v. Fresenius USA, Inc. et al.*, No. 1:14-cv-11484 | ) ) ) |
| *Carol Cook et al. v. Fresenius USA, Inc. et al.*, No. 1:14-cv-14412 | ) ) ) |
| *Claire Hawk et al. v. Fresenius USA, Inc. et al.*, No. 1:15-cv-10298 | ) ) ) |
| *Joseph Laskowski et al. v. Fresenius USA, Inc. et al.*, No. 1:15-cv-10299 | ) ) ) |
| *Lahoma Schultz et al. v. Fresenius USA, Inc. et al.*, No. 1:15-cv-10300 | ) ) ) |
| *Joy Nicholson et al. v. Fresenius USA, Inc. et al.*, No. 1:15-cv-10301 | ) ) ) |
| *Paul Cook et al. v. Fresenius USA, Inc. et al.*, No. 1:15-cv-10302 | ) ) ) |
| *Paula Bodnar et al. v. Fresenius USA, Inc. et al.*, No. 1:15-cv-10303 | ) ) ) |
| *Nyree Burris et al. v. Fresenius USA, Inc. et al.*, No. 1:15-cv-10304 | ) ) |

## ORDER SEVERING PLAINTIFFS

**WOODLOCK, D.J.**

After consideration of the filings of the parties and in accordance with this Court's electronic Order dated May 16, 2015, granting FMCNA's Assented-to Motion to Sever Plaintiffs (Dkt. No. 979), it is hereby ORDERED that the claims of the plaintiffs in the above-captioned

cases are severed and separate case numbers shall be assigned by the Clerk's Office to each plaintiff.

This Order shall serve as the initiating document for each plaintiff's case. Upon notification from the Clerk's Office of separate case numbers, counsel are directed to file short form complaints in each of the separate actions. The filing fee is waived by the Court.


Dated: 6/3/2015                                     /s/ Douglas P. Woodlock
                                                    Honorable Douglas P. Woodlock
                                                    U.S. District Judge