UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: FRESENIUS GRANUFLO/ NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | No. 1:13-md-02428-DPW |
| <u>This Document Relates To:</u> | ) ) | |
| *Carol Cook v. Fresenius USA, Inc.* et al., No. 1:14-cv-14412 | ) ) ) | |
| *Eli Brown v. Fresenius USA, Inc., et al.* No. 1:15-cv-12794 | ) ) ) | |
| *Geraldine Dillingham v. Fresenius Medical Care Holdings, Inc., et al.* No. 1:15-cv-12796 | ) ) ) ) | |

**FMCNA'S SUPPLEMENT REGARDING SUBSTITUTION
AND CLAIM SEVERANCE**

In response to the Court's invitation at the June 19, 2015 status conference, Defendants Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America; Fresenius USA, Inc.; Fresenius USA Manufacturing, Inc.; Fresenius USA Marketing, Inc.; and Fresenius Medical Care Pharmacy Services (collectively, "FMCNA") submit this Supplement regarding the substitution of named defendants for "John Doe Medical Director" defendants—and in particular, the effect, if any, of that substitution on FMCNA's motion to sever the medical-malpractice claims against St. Francis Hospital and its medical director (in the *Brown* case) and Muskogee Regional Medical Center and its medical director (in the *Dillingham* case) from the product-liability claims against FMCNA.

The short answer is that the substitution of named individuals for the John Doe defendants has no effect on the claim-severance issue. FMCNA has explained that the Court should sever the claims against the Hospital Defendants—including the medical directors—

1

because (1) severance would promote judicial economy and efficiency by enabling the Court to retain jurisdiction over the core product-liability claims against Fresenius, and (2) medical-malpractice claims against non-diverse Hospital Defendants are not properly joined with product-liability claims against Fresenius in any event. The same arguments that FMCNA made concerning the Hospital Defendants before the medical directors were identified by name apply equally now that the medical directors have been named.

The Court has authority under Fed. R. Civ. P. 21 and the cases cited in FMCNA's previously-filed briefs to sever the claims against the Hospital Defendants in order to achieve or preserve diversity jurisdiction with respect to the product-liability claims against Fresenius, which of course are the kinds of claims for which this MDL was created. And as FMCNA has explained, there are good reasons to exercise that authority here. The substitution of specific medical directors for "John Doe Medical Director" defendants does not change the analysis at all.

June 25, 2015                                               Respectfully submitted,

                                                            s/ Kevin C. Newsom
                                                            Leigh Anne Hodge
                                                            Kevin C. Newsom
                                                            BRADLEY ARANT BOULT CUMMINGS LLP
                                                            One Federal Place
                                                            1819 Fifth Avenue North
                                                            Birmingham, AL 35203
                                                            (205) 521-8000
                                                            (205) 521-8800 (fax)
                                                            lhodge@babc.com
                                                            knewsom@babc.com

                                                            William H. Kettlewell (BBO # 270320)
                                                            Maria R. Durant (BBO # 558906)
                                                            Sara E. Silva (BBO # 645293)
                                                            COLLORA LLP
                                                            100 High Street, 20th Floor

        Boston, MA 02110
        (617) 371-1000
        (617) 371-1037 (fax)
        wkettlewell@collorallp.com
        mdurant@collorallp.com
        ssilva@collorallp.com

        James F. Bennett
        Megan S. Heinsz
        DOWD BENNETT LLP
        773 Forsyth Blvd., Suite 1410
        St. Louis, MO 63105
        (314) 889-7300
        (314) 889-7302 (fax)
        jbennett@dowdbennett.com
        mheinsz@dowdbennett.com

        Juanita Brooks
        FISH & RICHARDSON
        12390 El Camino Real
        San Diego, CA 92130
        (858) 678-5070
        (858) 678-5099 (fax)
        brooks@fr.com

        *Counsel for FMCNA*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically through the ECF system and a true and correct copy will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 25, 2015.

        s/ Kevin C. Newsom